## SUTHERLAND ET AL *v.* O'DONNELL.

[No. 17,997.   Filed January 27, 1897.]

From the Washington Circuit Court.   *Reversed.*

*Harvey Morris*, for appellants.

*Zaring & Hottel* and *Mitchell & Mitchell*, for appellee.

MONKS, J.—The questions presented in this case are the same as those in *Sutherland* v. *McKinney*, *ante*, 611.

Upon the authority of that case, this case is reversed with instructions to overrule the motion to dismiss the remonstrance as to the fifty-two persons named, and for further proceedings.